# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | | |
|---|---|---|
| **GENA A. PHILLIPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **NO. 04-466-CJP** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 29, 2005 (Doc. 16), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: September 29, 2005

                                          **NORBERT G. JAWORSKI, CLERK**

                                          **BY:** S/ Angela M. Vehlewald
                                                    **Deputy Clerk**

**Approved by** S/ Clifford J. Proud
            **United States Magistrate Judge**
                **Clifford J. Proud**