# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENA A. PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) NO. 04-466-CJP |
| | ) |
| JP ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 28, 2007 (Doc. 26), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: March 28, 2007

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **BY:** S/ Angela M. Vehlewald
                                                            **Deputy Clerk**

**Approved by** S/ Clifford J. Proud
              **United States Magistrate Judge**
                    **Clifford J. Proud**